```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 -----------------------------------------X
                                           :
 SUSAN SHANI GROSZ,                        :
                                           :
                         Plaintiff,        :       20cv3831 (DLC)
              -v-                          :
                                           :            ORDER
 HONG LING and WAIKIT WONG,                :
                                           :
                         Defendants.       :
                                           :
 ---------------------------------------- X
```

DENISE COTE, District Judge:

On July 20, 2020, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 14, 2020.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **August 14, 2020.**  Defendants' reply, if any, shall be filed by **August 28.**

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **August 14,** a letter no longer

than two pages explaining the basis for her belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **July 31, 2020** is adjourned <u>sine die</u>.

Dated:   New York, New York
         July 20, 2020

```
                    _____
                         DENISE COTE
                    United States District Judge
```